## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **No. 3:18cr99** |
| | **:** | |
| | **:** | **(Judge Munley)** |
| **v.** | **:** | |
| | **:** | |
| **BRIAN BREW,** | **:** | |
| **Defendant** | **:** | |

## ORDER

**AND NOW**, to wit, this 16th day of April 2019, it is hereby **ORDERED** that the defendant's motion to suppress (Doc. 19) is hereby **DENIED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**